# Third District Court of Appeal

## State of Florida

Opinion filed January 4, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D22-44
Lower Tribunal No. 19-14656

————————

## Servis One, Inc., etc.,
Appellant,

vs.

## JL International Investments, LLC,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Gina Beovides, Judge.

Ghidotti | Berger LLP, and Chase A. Berger, Tara Rosenfeld, and Jason L. Duggar, for appellant.

Neil Rose (Hollywood); Howard S. Weinstein P.A., and Howard S. Weinstein (Hollywood), for appellee.

Before EMAS, HENDON and MILLER, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Jersey Palm-Gross, Inc. v. Paper</u>, 658 So. 2d 531, 535 (Fla. 1995) (holding that "a usury savings clause cannot, by itself, absolutely insulate a lender from a finding of usury . . . . Rather, [it is] one factor to be considered in the overall determination of whether the lender intended to exact a usurious interest rate;" further observing "that a contrary holding would permit a lender to 'relieve himself of the pains and penalties visited by law upon such an act by merely writing into the contract a disclaimer of any intention to do that which under his contract he has plainly done.'") (Additional citations omitted.)